IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 ~~JUN 30~~ Jun 29 A 1:52

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Steve Allen Pelham )
---
Full name and prison number )
of plaintiff(s) )
)
v. )
)    CIVIL ACTION NO. 2:05CV 617-T
Judge Frank L. McGuire )    (To be supplied by Clerk of
City of Opp, Al Police Dept. )     U.S. District Court)
)
_____ )
)
_____ )
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____NA_____

            Defendant(s) _____NA_____

        2.  Court (if federal court, name the district; if state court, name the county) _____
            _____NA_____

3. Docket number ___NA___

4. Name of judge to whom case was assigned ___NA___

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ___NA___

6. Approximate date of filing lawsuit ___NA___

7. Approximate date of disposition ___NA___

II. PLACE OF PRESENT CONFINEMENT Covington County, Al Jail 290 Hilcrest Dr. Andalusia, Al 36420

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Covington County Court House, Court House Square, Andalusia, Al 36420

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Frank L McGuire, | Court House Square, Andalusia, Al 36420 |
| 2. | City of Opp, Al Police Dept. | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED April 22, 2005, "Bond Reduction Hearing June 20, 2005" Denied

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Due process violation under Criminal Procedure Field and Guidelines

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

In the of Rule 7 Recommended Range for Class C Felony, Bond is supposed to be set $1,000 to $10,000. Bond is set at $100,000 10 times the Recommend Range

GROUND TWO: Discrimination, Right to Equal treatment without prejudice

SUPPORTING FACTS: Other inmates with Class C Felony status Bonds are set at $10,000 Constitution of the U.S. under the 8th Amendment state that bond is to be made bailable

GROUND THREE: Constitution of Alabama 1901 Article I, sec 16

SUPPORTING FACTS: Under Rule 7 of Criminal Procedure states that Bond should not be excessive. Code of Ala, 1975 14th Amendment Const. of U.S. garantees equal protection of the laws, privileges

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like my bond to be lowered to recommended range of $10,000 so I can make bond, $100,000 is to much

X _____
  Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on ___6-27-05___.
                (Date)

X _____
  Signature of plaintiff(s)

Patricia Suratt
Notary Public
1-29-09

In the United States District Court
For the Middle District of Ala

Complaint and Statement

RECEIVED
2005 JUN 30 A 1:52

My name is Steve Allen Pelham and I am currently incarcerated in the Covington County Jail. I was arrested April 22, 2005 in Opp, Al by the City police in Opp. I was arrested and charged with Recieveing Stolen property in the 2nd Degree and my Bond was set at $100,000 By the City police in Opp and taken to the Covington County Jail. My Court Appointed Lawyer filed for my bond to be Reduced in the District Court of Covington County. Judge McGuire denied my plea for Bond Reduction. My complaint is that my Bond is to high and should be set at the Recommended Range according to the Code of Alabama 1975 Criminal procedure Field and Guidelines and I believe that the city police in Opp, Al and Judge McGuire have violated my rights by not setting my bond at $10,000. I could Bond out of Jail at $10,000 and there is no way I can make a $100,000 Bond.

Respectfully submitting

Date 6-27-05

Steve Pelham
Plaintiff

Certificate of Service

I am sending this complaint by prepaid postage by the U.S. postal service to the United States District Court to be filed by Clerk of Court
P.O. Box 711
Montgomery, Al 36101-0711

Steve Allen Pelham
290 Hilcrest Dr
Andalusia, Al 36420

Sworn to and subscribe before me on this 27 day of June, 2005

Patricia A. Sweatt
Notary

Comm Exp. 1-29-09

Steve Pelham
Plaintiff