IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STEVE ALLEN PELHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-617-T |
| | ) | WO |
| JUDGE FRANK L. MCGUIRE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On July 7, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED that this case is dismissed with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B).

DONE, this the 24th day of August, 2005.

                                                    /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE